# U.S. Sentencing Commission
## Preliminary Quarterly Data Report



1st Quarter Release
Preliminary Fiscal Year 2012 Data
Through December 31, 2011

## Introduction

As part of its ongoing mission, the United States Sentencing Commission provides Congress, the judiciary, the executive branch, and the general public with data extracted and analyzed from sentencing documents submitted by courts to the Commission.[1] Data is reported on an annual basis in the Commission's *Annual Report* and *Sourcebook of Federal Sentencing Statistics*.[2] After the Supreme Court's decision in *United States v. Booker* on January 12, 2005, which rendered the sentencing guidelines advisory instead of mandatory, many people expressed an interest in knowing what changes, if any, in federal sentencing practices would result. The Commission responded by reconfiguring its data collection, analysis, and reporting efforts to provide real-time data reporting from the submitted documents.

The Commission first reported data on February 10, 2005 to Congress[3] and began reporting data approximately monthly shortly thereafter. The types of data reported increased over time to accommodate various requests for the additional information. In March 2006, the Commission released a comprehensive report, *Final Report on the Impact of United States v. Booker on Federal Sentencing*,[4] based on cases sentenced one year since the *Booker* decision. Because the report included additional analyses that had not been included in the monthly reports, not all the data presented in the report was comparable with the monthly releases, which made comparing data over time difficult.

In an effort to standardize the Commission's post-*Booker* analyses and to facilitate the identification of emerging trends going forward, the Commission began generating a new set of tables and charts on a quarterly basis for public release on the Commission's website beginning with the third quarter of fiscal year 2006. These quarterly data reports are similar in format and methodology to tables and figures produced in the *Sourcebook* or in the Commission's *Booker* report. Some of the figures include data from fiscal years before the *Booker* decision to facilitate analysis of sentencing trends over time. Other figures and all of the tables contain cumulative data (*i.e.*, data from the start of the fiscal year through the most current quarter). Appendix B cross-references the quarterly table numbers and figure letters as well as the corresponding number or letter in the *Sourcebook* (if it exists in the *Sourcebook*) so that the quarterly data can

---

[1] In each felony or Class A misdemeanor case sentenced in federal court, sentencing courts are required to submit the following documents to the Commission: the Judgment and Commitment Order, the Statement of Reasons, the plea agreement (if applicable), the indictment or other charging document, and the presentence report. *See* 28 U.S.C. § 994(w).

[2] Electronic copies of the 1995-2011 *Annual Report* and *Sourcebook of Federal Sentencing Statistics* are available at the Commission's website, www.ussc.gov.

[3] *See* www.ussc.gov/bf.htm for an electronic copy of the prepared testimony of Ricardo H. Hinojosa, chair of the United States Sentencing Commission, before the Subcommittee on Crime, Terrorism, and Homeland Security, Committee on the Judiciary, United States House of Representatives, February 10, 2005.

[4] *See* www.ussc.gov/bf.htm for an electronic copy of the Commission's *Final Report on the Impact of United States v. Booker on Federal Sentencing*.

be compared easily with data from prior fiscal years.[5] In Appendix A are descriptions of datafile and variable definitions.

Users of the quarterly releases are cautioned that the quarterly data are preliminary only and subject to change as the Commission collects, analyzes, and reports on additional cases throughout the fiscal year. When data for each new quarter is made available, the Commission will update the previous preliminary quarterly totals in the most recent release until the release of the final fiscal year data in the Commission's *Sourcebook*. For example, the data reported in the initial release for the second quarter of the fiscal year may change as the Commission receives and analyzes documents during the remaining quarters for additional cases sentenced during the second quarter.[6] Any subsequent changes in the quarterly data for the second quarter would be reflected initially in the subsequent quarterly releases and finally in the Commission's *Annual Report* and *Sourcebook of Federal Sentencing Statistics*. As a result, **quarterly data should not be considered final until publication of the Commission's *Annual Report* and *Sourcebook*.**

---

[5] The Commission has tried to maintain the same table numbers and figure letters over the past several years but, due to slight differences in reporting categories between pre- and post-*Booker* time periods, the numbers and letters may not correspond exactly over time. Please refer to the table of contents for each of the prior *Sourcebook* years to determine the corresponding table number or figure letter.

[6] The reasons for data changes in previous quarters is due to one or more of the following reasons: the courts have up to 30 days to submit court documents to the Commission; the Commission both extracts information from the documents and screens cases through the quality control procedures and does not include any case in a data release unless it has been fully entered and reviewed; some documents are sent in later than other documents and the datafiles are then updated with the new information; the Commission receives amended court documents and updates the datafile based on the new information; the Commission matches its datafile to datafiles from the Administrative Office of the United States Courts and requests any case documents not received - a process that can only be completed after the documents have been received and the information entered into the Commission's database. For all of the above reasons, data may be excluded/included or reported differently from one quarter to another.

Table 1

## NATIONAL COMPARISON OF SENTENCE IMPOSED AND POSITION RELATIVE TO THE GUIDELINE RANGE[1]

1st Quarter 2012 Preliminary Cumulative Data (October 1, 2011, through December 31, 2011)

| | N | % |
|---|---|---|
| TOTAL CASES | 19,534 | 100.0 |
| CASES SENTENCED WITHIN GUIDELINE RANGE | 10,473 | 53.6 |
| CASES SENTENCED ABOVE GUIDELINE RANGE | 381 | 2.0 |
|   DEPARTURE ABOVE GUIDELINE RANGE | 119 | 0.6 |
|     Upward Departure From Guideline Range[2] | 87 | 0.4 |
|     Upward Departure With Booker /18 U.S.C. § 3553[3] | 32 | 0.2 |
|   TOTAL CASES | 262 | 1.3 |
|     Above Guideline Range With Booker /18 U.S.C. § 3553[4] | 230 | 1.2 |
|     All Remaining Cases Above Guideline Range[5] | 32 | 0.2 |
| GOVERNMENT SPONSORED BELOW RANGE[6] | 5,263 | 26.9 |
|   §5K1.1 Substantial Assistance Departure | 2,128 | 10.9 |
|   §5K3.1 Early Disposition Program Departure | 2,194 | 11.2 |
|   Other Government Sponsored Below Range | 941 | 4.8 |
| NON-GOVERNMENT SPONSORED BELOW RANGE | 3,417 | 17.5 |
|   DEPARTURE BELOW GUIDELINE RANGE | 595 | 3.0 |
|     Downward Departure From Guideline Range[2] | 413 | 2.1 |
|     Downward Departure With Booker /18 U.S.C. § 3553[3] | 182 | 0.9 |
|   OTHERWISE BELOW GUIDELINE RANGE | 2,822 | 14.4 |
|     Below Guideline Range With Booker /18 U.S.C. § 3553[4] | 2,657 | 13.6 |
|     All Remaining Cases Below Guideline Range[5] | 165 | 0.8 |

[1] This table reflects the 19,786 cases sentenced on or after October 1, 2011, with court documentation cumulatively received, coded, and edited at the U.S. Sentencing Commission by March 20, 2012. Of these, 252 cases were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. Descriptions of variables used in this table are provided in Appendix A.

[2] All cases with departures in which the court did not indicate as a reason either United States v. Booker, 18 U.S.C. § 3553, or a factor or reason specifically prohibited in the provisions, policy statements, or commentary of the Guidelines Manual.

[3] All cases sentenced outside of the guideline range in which the court indicated both a departure (see footnote 2) and a reference to either United States v. Booker, 18 U.S.C. § 3553, or related factors as a reason for sentencing outside of the guideline system.

[4] All cases sentenced outside of the guideline range in which no departure was indicated and in which the court cited United States v. Booker, 18 U.S.C. § 3553, or related factors as one of the reasons for sentencing outside of the guideline system.

[5] All cases sentenced outside of the guideline range that could not be classified into any of the three previous outside of the range categories. This category includes cases in which no reason was provided for a sentence outside of the guideline range.

[6] Cases in which a reason for the sentence indicated that the prosecution initiated, proposed, or stipulated to a sentence outside of the guideline range, either pursuant to a plea agreement or as part of a non-plea negotiation with the defendant.

SOURCE: U.S. Sentencing Commission, Preliminary 2012 Datafile, USSCFY12 (October 1, 2011, through December 31, 2011).

Table 2                                                                                             2

## SENTENCES RELATIVE TO THE GUIDELINE RANGE BY CIRCUIT AND DISTRICT[1]
### 1st Quarter 2012 Preliminary Cumulative Data (October 1, 2011, through December 31, 2011)

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD DEPARTURE | | UPWARD DEPARTURE W/ BOOKER | | ABOVE RANGE W/ BOOKER | | REMAINING ABOVE RANGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 19,534 | 10,473 | 53.6 | 87 | 0.4 | 32 | 0.2 | 230 | 1.2 | 32 | 0.2 |
| | | | | | | | | | | | |
| D.C. CIRCUIT | 110 | 42 | 38.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| District of Columbia | 110 | 42 | 38.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | | | | | | | | | | |
| FIRST CIRCUIT | 571 | 341 | 59.7 | 3 | 0.5 | 2 | 0.4 | 9 | 1.6 | 0 | 0.0 |
| Maine | 47 | 31 | 66.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Massachusetts | 119 | 51 | 42.9 | 1 | 0.8 | 1 | 0.8 | 1 | 0.8 | 0 | 0.0 |
| New Hampshire | 44 | 13 | 29.5 | 1 | 2.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Puerto Rico | 316 | 226 | 71.5 | 1 | 0.3 | 1 | 0.3 | 8 | 2.5 | 0 | 0.0 |
| Rhode Island | 45 | 20 | 44.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | | | | | | | | | | |
| SECOND CIRCUIT | 859 | 312 | 36.3 | 5 | 0.6 | 2 | 0.2 | 6 | 0.7 | 1 | 0.1 |
| Connecticut | 80 | 25 | 31.3 | 1 | 1.3 | 0 | 0.0 | 1 | 1.3 | 0 | 0.0 |
| New York | | | | | | | | | | | |
| Eastern | 259 | 79 | 30.5 | 1 | 0.4 | 2 | 0.8 | 3 | 1.2 | 0 | 0.0 |
| Northern | 147 | 72 | 49.0 | 2 | 1.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Southern | 157 | 43 | 27.4 | 0 | 0.0 | 0 | 0.0 | 2 | 1.3 | 0 | 0.0 |
| Western | 163 | 77 | 47.2 | 1 | 0.6 | 0 | 0.0 | 0 | 0.0 | 1 | 0.6 |
| Vermont | 53 | 16 | 30.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | | | | | | | | | | |
| THIRD CIRCUIT | 675 | 317 | 47.0 | 3 | 0.4 | 1 | 0.1 | 10 | 1.5 | 2 | 0.3 |
| Delaware | 13 | 4 | 30.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| New Jersey | 199 | 95 | 47.7 | 0 | 0.0 | 0 | 0.0 | 1 | 0.5 | 0 | 0.0 |
| Pennsylvania | | | | | | | | | | | |
| Eastern | 187 | 67 | 35.8 | 1 | 0.5 | 1 | 0.5 | 7 | 3.7 | 0 | 0.0 |
| Middle | 125 | 64 | 51.2 | 1 | 0.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Western | 131 | 77 | 58.8 | 1 | 0.8 | 0 | 0.0 | 1 | 0.8 | 0 | 0.0 |
| Virgin Islands | 20 | 10 | 50.0 | 0 | 0.0 | 0 | 0.0 | 1 | 5.0 | 2 | 10.0 |
| | | | | | | | | | | | |
| FOURTH CIRCUIT | 1,511 | 884 | 58.5 | 10 | 0.7 | 1 | 0.1 | 28 | 1.9 | 3 | 0.2 |
| Maryland | 215 | 83 | 38.6 | 1 | 0.5 | 0 | 0.0 | 7 | 3.3 | 0 | 0.0 |
| North Carolina | | | | | | | | | | | |
| Eastern | 194 | 113 | 58.2 | 4 | 2.1 | 0 | 0.0 | 5 | 2.6 | 0 | 0.0 |
| Middle | 78 | 63 | 80.8 | 0 | 0.0 | 0 | 0.0 | 1 | 1.3 | 0 | 0.0 |
| Western | 96 | 63 | 65.6 | 0 | 0.0 | 0 | 0.0 | 2 | 2.1 | 0 | 0.0 |
| South Carolina | 232 | 124 | 53.4 | 3 | 1.3 | 0 | 0.0 | 1 | 0.4 | 0 | 0.0 |
| Virginia | | | | | | | | | | | |
| Eastern | 426 | 301 | 70.7 | 2 | 0.5 | 1 | 0.2 | 7 | 1.6 | 2 | 0.5 |
| Western | 75 | 32 | 42.7 | 0 | 0.0 | 0 | 0.0 | 4 | 5.3 | 0 | 0.0 |
| West Virginia | | | | | | | | | | | |
| Northern | 99 | 63 | 63.6 | 0 | 0.0 | 0 | 0.0 | 1 | 1.0 | 1 | 1.0 |
| Southern | 96 | 42 | 43.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

Table 2 (cont.)

6

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD DEPARTURE | | UPWARD DEPARTURE W/ BOOKER | | ABOVE RANGE W/ BOOKER | | REMAINING ABOVE RANGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| NINTH CIRCUIT | 5,261 | 2,082 | 39.6 | 30 | 0.6 | 7 | 0.1 | 41 | 0.8 | 10 | 0.2 |
| Alaska | 55 | 16 | 29.1 | 0 | 0.0 | 1 | 1.8 | 1 | 1.8 | 0 | 0.0 |
| Arizona | 2,250 | 1,043 | 46.4 | 17 | 0.8 | 2 | 0.1 | 5 | 0.2 | 2 | 0.1 |
| California | | | | | | | | | | | |
| Central | 417 | 127 | 30.5 | 3 | 0.7 | 1 | 0.2 | 8 | 1.9 | 1 | 0.2 |
| Eastern | 235 | 90 | 38.3 | 0 | 0.0 | 0 | 0.0 | 6 | 2.6 | 0 | 0.0 |
| Northern | 155 | 74 | 47.7 | 0 | 0.0 | 1 | 0.6 | 3 | 1.9 | 0 | 0.0 |
| Southern | 1,388 | 385 | 27.7 | 5 | 0.4 | 0 | 0.0 | 4 | 0.3 | 6 | 0.4 |
| Guam | 13 | 7 | 53.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Hawaii | 49 | 20 | 40.8 | 1 | 2.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Idaho | 56 | 24 | 42.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Montana | 99 | 64 | 64.6 | 2 | 2.0 | 0 | 0.0 | 5 | 5.1 | 0 | 0.0 |
| Nevada | 153 | 86 | 56.2 | 1 | 0.7 | 0 | 0.0 | 3 | 2.0 | 1 | 0.7 |
| Northern Mariana Islands | 7 | 6 | 85.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Oregon | 158 | 55 | 34.8 | 0 | 0.0 | 0 | 0.0 | 4 | 2.5 | 0 | 0.0 |
| Washington | | | | | | | | | | | |
| Eastern | 88 | 41 | 46.6 | 1 | 1.1 | 2 | 2.3 | 0 | 0.0 | 0 | 0.0 |
| Western | 138 | 44 | 31.9 | 0 | 0.0 | 0 | 0.0 | 2 | 1.4 | 0 | 0.0 |
| | | | | | | | | | | | |
| TENTH CIRCUIT | 1,326 | 717 | 54.1 | 3 | 0.2 | 0 | 0.0 | 10 | 0.8 | 2 | 0.2 |
| Colorado | 123 | 47 | 38.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Kansas | 136 | 69 | 50.7 | 1 | 0.7 | 0 | 0.0 | 5 | 3.7 | 0 | 0.0 |
| New Mexico | 628 | 380 | 60.5 | 0 | 0.0 | 0 | 0.0 | 1 | 0.2 | 2 | 0.3 |
| Oklahoma | | | | | | | | | | | |
| Eastern | 15 | 8 | 53.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Northern | 59 | 35 | 59.3 | 2 | 3.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Western | 132 | 88 | 66.7 | 0 | 0.0 | 0 | 0.0 | 4 | 3.0 | 0 | 0.0 |
| Utah | 176 | 62 | 35.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Wyoming | 57 | 28 | 49.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | | | | | | | | | | |
| ELEVENTH CIRCUIT | 1,515 | 958 | 63.2 | 0 | 0.0 | 2 | 0.1 | 30 | 2.0 | 0 | 0.0 |
| Alabama | | | | | | | | | | | |
| Middle | 38 | 21 | 55.3 | 0 | 0.0 | 0 | 0.0 | 1 | 2.6 | 0 | 0.0 |
| Northern | 115 | 82 | 71.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Southern | 97 | 65 | 67.0 | 0 | 0.0 | 0 | 0.0 | 1 | 1.0 | 0 | 0.0 |
| Florida | | | | | | | | | | | |
| Middle | 375 | 178 | 47.5 | 0 | 0.0 | 2 | 0.5 | 8 | 2.1 | 0 | 0.0 |
| Northern | 58 | 44 | 75.9 | 0 | 0.0 | 0 | 0.0 | 1 | 1.7 | 0 | 0.0 |
| Southern | 422 | 284 | 67.3 | 0 | 0.0 | 0 | 0.0 | 9 | 2.1 | 0 | 0.0 |
| Georgia | | | | | | | | | | | |
| Middle | 101 | 79 | 78.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Northern | 158 | 86 | 54.4 | 0 | 0.0 | 0 | 0.0 | 3 | 1.9 | 0 | 0.0 |
| Southern | 151 | 119 | 78.8 | 0 | 0.0 | 0 | 0.0 | 7 | 4.6 | 0 | 0.0 |

Table 2 (cont.)

7

| CIRCUIT District | §5K1.1 SUBSTANTIAL ASSISTANCE | | §5K3.1 EARLY DISPOSITION | | OTHER GOV'T SPONSORED | | DOWNWARD DEPARTURE | | DOWNWARD DEPARTURE W/ BOOKER | | BELOW RANGE W/ BOOKER | | REMAINING BELOW RANGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| **NINTH CIRCUIT** | 342 | 6.5 | 1,830 | 34.8 | 334 | 6.3 | 102 | 1.9 | 32 | 0.6 | 423 | 8.0 | 28 | 0.5 |
| Alaska | 14 | 25.5 | 0 | 0.0 | 11 | 20.0 | 0 | 0.0 | 2 | 3.6 | 10 | 18.2 | 0 | 0.0 |
| Arizona | 61 | 2.7 | 899 | 40.0 | 73 | 3.2 | 40 | 1.8 | 8 | 0.4 | 94 | 4.2 | 6 | 0.3 |
| California | | | | | | | | | | | | | | |
| Central | 49 | 11.8 | 77 | 18.5 | 51 | 12.2 | 11 | 2.6 | 3 | 0.7 | 75 | 18.0 | 11 | 2.6 |
| Eastern | 28 | 11.9 | 67 | 28.5 | 17 | 7.2 | 6 | 2.6 | 1 | 0.4 | 19 | 8.1 | 1 | 0.4 |
| Northern | 13 | 8.4 | 20 | 12.9 | 22 | 14.2 | 2 | 1.3 | 3 | 1.9 | 17 | 11.0 | 0 | 0.0 |
| Southern | 84 | 6.1 | 730 | 52.6 | 52 | 3.7 | 28 | 2.0 | 8 | 0.6 | 80 | 5.8 | 6 | 0.4 |
| Guam | 2 | 15.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 4 | 30.8 | 0 | 0.0 |
| Hawaii | 11 | 22.4 | 0 | 0.0 | 0 | 0.0 | 1 | 2.0 | 0 | 0.0 | 16 | 32.7 | 0 | 0.0 |
| Idaho | 13 | 23.2 | 3 | 5.4 | 4 | 7.1 | 1 | 1.8 | 0 | 0.0 | 11 | 19.6 | 0 | 0.0 |
| Montana | 16 | 16.2 | 0 | 0.0 | 1 | 1.0 | 0 | 0.0 | 0 | 0.0 | 11 | 11.1 | 0 | 0.0 |
| Nevada | 12 | 7.8 | 0 | 0.0 | 16 | 10.5 | 7 | 4.6 | 1 | 0.7 | 24 | 15.7 | 2 | 1.3 |
| Northern Mariana Islands | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Oregon | 21 | 13.3 | 22 | 13.9 | 24 | 15.2 | 2 | 1.3 | 1 | 0.6 | 29 | 18.4 | 0 | 0.0 |
| Washington | | | | | | | | | | | | | | |
| Eastern | 5 | 5.7 | 5 | 5.7 | 15 | 17.0 | 2 | 2.3 | 1 | 1.1 | 15 | 17.0 | 1 | 1.1 |
| Western | 12 | 8.7 | 7 | 5.1 | 48 | 34.8 | 2 | 1.4 | 4 | 2.9 | 18 | 13.0 | 1 | 0.7 |
| **TENTH CIRCUIT** | 99 | 7.5 | 134 | 10.1 | 157 | 11.8 | 14 | 1.1 | 10 | 0.8 | 172 | 13.0 | 8 | 0.6 |
| Colorado | 34 | 27.6 | 0 | 0.0 | 24 | 19.5 | 0 | 0.0 | 0 | 0.0 | 16 | 13.0 | 2 | 1.6 |
| Kansas | 12 | 8.8 | 0 | 0.0 | 25 | 18.4 | 3 | 2.2 | 0 | 0.0 | 20 | 14.7 | 1 | 0.7 |
| New Mexico | 18 | 2.9 | 83 | 13.2 | 85 | 13.5 | 5 | 0.8 | 4 | 0.6 | 48 | 7.6 | 2 | 0.3 |
| Oklahoma | | | | | | | | | | | | | | |
| Eastern | 7 | 46.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Northern | 10 | 16.9 | 0 | 0.0 | 0 | 0.0 | 2 | 3.4 | 0 | 0.0 | 10 | 16.9 | 0 | 0.0 |
| Western | 4 | 3.0 | 0 | 0.0 | 3 | 2.3 | 0 | 0.0 | 1 | 0.8 | 32 | 24.2 | 0 | 0.0 |
| Utah | 10 | 5.7 | 51 | 29.0 | 10 | 5.7 | 2 | 1.1 | 2 | 1.1 | 36 | 20.5 | 3 | 1.7 |
| Wyoming | 4 | 7.0 | 0 | 0.0 | 10 | 17.5 | 2 | 3.5 | 3 | 5.3 | 10 | 17.5 | 0 | 0.0 |
| **ELEVENTH CIRCUIT** | 188 | 12.4 | 0 | 0.0 | 42 | 2.8 | 11 | 0.7 | 16 | 1.1 | 259 | 17.1 | 9 | 0.6 |
| Alabama | | | | | | | | | | | | | | |
| Middle | 10 | 26.3 | 0 | 0.0 | 3 | 7.9 | 0 | 0.0 | 1 | 2.6 | 2 | 5.3 | 0 | 0.0 |
| Northern | 24 | 20.9 | 0 | 0.0 | 0 | 0.0 | 1 | 0.9 | 0 | 0.0 | 8 | 7.0 | 0 | 0.0 |
| Southern | 15 | 15.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 16 | 16.5 | 0 | 0.0 |
| Florida | | | | | | | | | | | | | | |
| Middle | 67 | 17.9 | 0 | 0.0 | 8 | 2.1 | 6 | 1.6 | 7 | 1.9 | 99 | 26.4 | 0 | 0.0 |
| Northern | 3 | 5.2 | 0 | 0.0 | 0 | 0.0 | 2 | 3.4 | 0 | 0.0 | 6 | 10.3 | 2 | 3.4 |
| Southern | 30 | 7.1 | 0 | 0.0 | 10 | 2.4 | 1 | 0.2 | 8 | 1.9 | 75 | 17.8 | 5 | 1.2 |
| Georgia | | | | | | | | | | | | | | |
| Middle | 12 | 11.9 | 0 | 0.0 | 2 | 2.0 | 0 | 0.0 | 0 | 0.0 | 8 | 7.9 | 0 | 0.0 |
| Northern | 15 | 9.5 | 0 | 0.0 | 15 | 9.5 | 1 | 0.6 | 0 | 0.0 | 37 | 23.4 | 1 | 0.6 |
| Southern | 12 | 7.9 | 0 | 0.0 | 4 | 2.6 | 0 | 0.0 | 0 | 0.0 | 8 | 5.3 | 1 | 0.7 |

† Of the 19,786 cases, 252 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. The information needed to determine the relationship between the sentence imposed and the guideline range was missing in five percent or more of the cases received from: Northern Georgia (9.2%), Guam (7.1%), Middle Georgia (6.5%), and Eastern North Carolina (5.8%). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, Preliminary 2012 Datafile, USSCFY12 (October 1, 2011, through December 31, 2011).

13

## Table 5

### SENTENCES RELATIVE TO THE GUIDELINE RANGE BY EACH PRIMARY SENTENCING GUIDELINE[1]

1st Quarter 2012 Preliminary Cumulative Data (October 1, 2011, through December 31, 2011)

| Guideline | Total | Within Guideline Range | Upward Departure Gdline Only | with Booker | Above Range with Booker | All Others | Government Sponsored §5K1.1 | §5K3.1 | Other Gov't | Downward Departure Gdline Only | with Booker | Below Range with Booker | All Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| §2A1.1 | 48 | 14 | 1 | 0 | 0 | 0 | 16 | 1 | 10 | 0 | 1 | 2 | 3 |
| §2A1.2 | 12 | 8 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| §2A1.3 | 4 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| §2A1.4 | 12 | 6 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 |
| §2A1.5 | 14 | 7 | 0 | 1 | 0 | 0 | 3 | 0 | 2 | 0 | 0 | 0 | 1 |
| §2A2.1 | 26 | 16 | 0 | 1 | 1 | 0 | 2 | 0 | 1 | 0 | 1 | 4 | 0 |
| §2A2.2 | 82 | 40 | 2 | 0 | 1 | 0 | 2 | 1 | 14 | 3 | 1 | 18 | 0 |
| §2A2.3 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| §2A2.4 | 45 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 5 | 3 |
| §2A3.1 | 24 | 12 | 1 | 0 | 2 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 |
| §2A3.2 | 9 | 8 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A3.3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A3.4 | 10 | 8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| §2A3.5 | 137 | 98 | 1 | 2 | 7 | 1 | 0 | 0 | 5 | 5 | 0 | 18 | 0 |
| §2A4.1 | 10 | 4 | 0 | 0 | 0 | 0 | 3 | 0 | 2 | 0 | 0 | 1 | 0 |
| §2A4.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A5.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A5.2 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A5.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A6.1 | 36 | 20 | 1 | 1 | 1 | 0 | 0 | 0 | 3 | 1 | 2 | 6 | 1 |
| §2A6.2 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| §2B1.1 | 1,937 | 1,045 | 8 | 3 | 33 | 2 | 263 | 0 | 109 | 34 | 23 | 388 | 29 |
| §2B1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| §2B1.4 | 9 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 2 | 0 |
| §2B1.5 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 |
| §2B1.6[2] | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| §2B2.1 | 18 | 12 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 2 | 0 |
| §2B2.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B2.3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B3.1 | 388 | 193 | 6 | 2 | 16 | 0 | 51 | 1 | 25 | 9 | 5 | 78 | 2 |
| §2B3.2 | 14 | 7 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 3 | 0 |
| §2B3.3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| §2B4.1 | 9 | 6 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 |
| §2B5.1 | 115 | 74 | 1 | 1 | 1 | 1 | 8 | 0 | 2 | 3 | 1 | 21 | 2 |
| §2B5.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B5.3 | 49 | 15 | 0 | 1 | 1 | 2 | 12 | 0 | 4 | 1 | 0 | 12 | 1 |
| §2B5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B6.1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| §2C1.1 | 64 | 15 | 0 | 0 | 0 | 0 | 22 | 0 | 2 | 0 | 1 | 24 | 0 |
| §2C1.2 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| §2C1.3 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.6 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.7 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.1 | 5,845 | 2,720 | 20 | 0 | 33 | 5 | 1,294 | 384 | 308 | 114 | 70 | 862 | 35 |
| §2D1.2 | 188 | 127 | 0 | 0 | 5 | 1 | 15 | 0 | 21 | 5 | 2 | 9 | 3 |
| §2D1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |